UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS DROWNS,

Plaintiff,  Case # 15-cv-10593
Hon. George Caram Steeh

vs

SUBURBAN MOTORS COMPANY, INC.,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

TO THE COURT:

    The parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the Dismissal.

Respectfully submitted,

**/s/ Adam S. Alexander**
Adam S. Alexander (P53584)
Counsel for Plaintiff
17200 W 10 Mile Rd, Ste. 200
Southfield, MI 48075
248- 246-6353
Fax: 248-746-3793
adalesq@gmail.com

**/s/ Suzanne P. Bartos**
Suzanne P. Bartos (P36490)
Counsel for Defendant
Allen Brothers, PLLC (Detroit)
400 Monroe, Suite 220
Detroit, MI 48226
313-962-7777
Fax: 313-962-0581
Email: sbartos@allenbrotherspllc.com

1