UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS DROWNS,

        Plaintiff(s),

                              Case No. 15-10593

vs.

                              HON. GEORGE CARAM STEEH

SUBURBAN MOTORS COMPANY,

        Defendant(s).
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 15, 2015 the parties of record advised the court that a settlement had been reached and there being no further communication with the court, therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

Dated: July 28, 2015

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on the above date by electronic and/or ordinary mail.

                                s/Marcia Beauchemin
                                Deputy Clerk